Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| PAINTER LIQUIDATION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLAND INC., a Kentucky corporation,<br><br>Defendant. | Case No. SACV07-845 CJC (RNBx)<br>Hon. Cormac J. Carney<br><br>[~~PROPOSED~~] **JUDGMENT** |
|---|---|

1    THIS MATTER came before the Court on April 27, 2010 on a bench trial and
2 continued thereafter until submitted to the Court, the Honorable Cormac J. Carney, District
3 Judge, Presiding.  The evidence presented having been fully considered, the issues having
4 been duly heard and a decision having been duly rendered,

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Painter
6 Liquidation, LLC recover Judgment against Defendant Ashland, Inc. for Breach of Express
7 Indemnity as follows:

8    Defendant Ashland, Inc. is liable to Plaintiff Painter Liquidation, LLC for a
9 Judgment of $117,444.88.  This Judgment includes $86,482.05 in principal and damages
10 and $30,962.83 in prejudgment interest from January 17, 2007 through August 16, 2010.

11    Prejudgment interest shall be calculated at a rate of ten percent (10%) per annum
12 from January 17, 2007, the date of the breach, to the date of entry of judgment.  Calif. Civ.
13 Code §§ 3287(a), 3289; *Citicorp Real Estate, Inc. v. Smith*, 155 F.3d 1097, 1108 (9th Cir.
14 1998)..  Thus, prejudgment interest shall be calculated at a rate of $23.69 per day and
15 additional prejudgment interest shall be included in this Judgment for each day after
16 August 16, 2010 to the date of this entry of this Judgment.

17    Interest shall accrue at the rate of ten percent (10%) per annum from the date of
18 entry of this Judgment to the date of satisfaction of judgment.

19    The Clerk is hereby ordered to enter the Judgment.

21 DATED: 8/26/10                    _____
22                                    The Honorable Cormac J. Carney
                                      United States District Court Judge

IR01DOCS456186.1                    1                    Case No. SACV07-845 CJC (RNBx)
                                                         [PROPOSED] JUDGMENT